```
 1 | LAWRENCE G. BROWN
   | United States Attorney
 2 | KRISTIN S. DOOR, SBN 84307
   | Assistant United States Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, CA 95814
 4 | Telephone: (916)554-2723
 5 | Attorneys for Plaintiff
   | United States of America
 6 |
 7 |
 8 |            IN THE UNITED STATES DISTRICT COURT
 9 |           FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,     )   2:09-cv-03062-FCD-GGH
                                   )
12 |         Plaintiff,            )   APPLICATION AND ORDER
                                   )   FOR PUBLICATION
13 |     v.                        )
                                   )
14 | REAL PROPERTY LOCATED IN      )
   | NEVADA COUNTY, CALIFORNIA,    )
15 | APN: 61-160-02, INCLUDING ALL )
   | APPURTENANCES AND IMPROVEMENTS)
16 | THERETO,                      )
                                   )
17 | REAL PROPERTY LOCATED IN      )
   | NEVADA COUNTY, CALIFORNIA,    )
18 | APN: 61-160-03, INCLUDING ALL )
   | APPURTENANCE AND IMPROVEMENTS )
19 | THERETO,                      )
                                   )
20 | REAL PROPERTY LOCATED IN      )
   | NEVADA COUNTY, CALIFORNIA,    )
21 | ORIGINAL APN: 61-160-04, CURRENTLY )
   | KNOWN AS APN: 61-160-22, APN: )
22 | 61-160-23 and APN: 61-160-24, )
   | INCLUDING ALL APPURTENANCES AND )
23 | IMPROVEMENTS THERETO, and,    )
                                   )
24 | REAL PROPERTY LOCATED IN      )
   | NEVADA COUNTY, CALIFORNIA,    )
25 | APN: 61-160-06, INCLUDING ALL )
   | APPURTENANCE AND IMPROVEMENTS )
26 | THERETO,                      )
                                   )
27 |         Defendants.           )
                                   )
28 |
```

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.  The defendant real properties are located in Nevada County, California;

4.  Plaintiff proposes that publication be made as follows:

    a.  One publication;

    b.  Thirty (30) consecutive days;

    c.  On the official internet government forfeiture site www.forfeiture.gov;

    d.  The publication is to include the following:

        (1)  The Court and case number of the action;

        (2)  The date of the seizure/posting;

        (3)  The identity and/or description of the property seized/posted;

        (4)  The name and address of the attorney for the Plaintiff;

        (5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney

1  for the Plaintiff no later than 60 days after the first day of
2  publication on the official internet government forfeiture site;
3  and
4              (6)  A statement that answers to the Complaint or
5  a motion under Rule 12 of the Federal Rules of Civil Procedure
6  ("Fed. R. Civ. P.") must be filed and served within 20 days after
7  the filing of the claims and, in the absence thereof, default may
8  be entered and condemnation ordered.
9  Dated: Nov. 2, 2009          LAWRENCE G. BROWN
                                 United States Attorney

                                  /s/ Kristin S. Door
                                 KRISTIN S. DOOR
                                 Assistant United States Attorney



                                         **ORDER**
       IT IS SO ORDERED.
Dated: November 12, 2009
                                      /s/ Gregory G. Hollows

                                 UNITED STATES MAGISTRATE JUDGE




09cv3062.ord

                                 3          Application and Order for Publication